**PELTON & ASSOCIATES PC**
Taylor B. Graham
111 Broadway, Suite 1503
New York, NY 10006
Telephone: (212) 385-9700

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANNMARIE ABDELMONEM and DENNIS WASHINGTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>BUONA FORTUNA INC. d/b/a PORTOBELLO, JOE AMEN, FRANK AMEN and JOHN DOE CORP. d/b/a PORTOBELLO BANQUETS, Jointly and Severally,<br><br>Defendants. | ECF Case<br><br>13 Civ. 03070 (MSH)(MAH) |

## NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT

PLEASE TAKE NOTICE, that upon the accompanying memorandum of law, the declaration of Taylor B. Graham, Esq. and all pleadings and supporting materials filed herein, Plaintiffs hereby move the Court before the Honorable Michael A. Hammer, U.S.M.J. for an Order granting Plaintiffs' Motion for Leave to Amend the Complaint and ordering filing of Plaintiffs' Second Amended Complaint within ten (10) days from the date of the Order granting Plaintiffs' Motion.

For the Court's convenience, attached hereto as Exhibit "**1**," please find Plaintiffs' [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT.

Dated: New York, New York
February 20, 2015

Respectfully submitted,

**PELTON & ASSOCIATES PC**

By:   /s/ *Taylor B. Graham*
Taylor B. Graham (TG 9607)
111 Broadway, Suite 1503
New York, New York 10006
Telephone: (212) 385-9700
Facsimile: (212) 385-0800

*Attorney for Plaintiffs, the FLSA Collective and Class*